No. 961. VILELLA ET AL. *v.* VILELLA ET AL.
No. 968. VILELLA ET AL. *v.* VILELLA ET AL.

Apelaciones procedentes de la Corte de Distrito de Agua-

dilla. Escritos de apelaciones para ante la Corte Suprema de los Estados Unidos. Resueltas en abril 1, 1913. Denegadas las apelaciones fundándose en la sección 244 del Código Judicial de los Estados Unidos de marzo 3, 1911 y el caso de *Wenar* v. *Jones, Obispo de Puerto Rico,* 217 U. S., 593. Abogado de los apelantes: *Sr. Rafael López Landrón.* Abogado de los apelados: *Sr. Carlos Franco Soto.*